UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA FRIAS,<br>　　　　Plaintiff,<br>　　v.<br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br>　　　　Defendants. | Case No. 16-cv-02708-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 19, 2017**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 26, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: December 6, 2016

_____
Richard Seeborg
United States District Judge